IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 07-00128-01-CR-W-GAF |
| ) | |
| YORK WILSON, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Now pending before the Court is Defendant's motion pursuant to 18 U.S.C. § 4241 for a determination of the mental competency of the Defendant to stand trial.

On December 13, 2007, a hearing was held on the issue of Defendant's competency. The parties agreed that the Court should consider the report prepared by Dr. Jeremiah Dwyer as if Dr. Dwyer had appeared in person and testified under oath.

On December 18, 2007, United States Magistrate Judge John T. Maughmer issued his Report and Recommendation.

Upon careful and independent review of the record, as well as the applicable law, and there being no objections filed to the Report and Recommendation, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge John T. Maughmer.

Accordingly, it is

ORDERED that Defendant York Wilson is found to be competent to stand trial.

/s/ Gary A. Fenner
GARY A. FENNER, JUDGE
United States District Court

DATED: January 3, 2008